**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JULIAN PRICE, personal representative of the Estate of Marshall Price, deceased** **PLAINTIFF**

**v.** **NO. 3:24-cv-00159-LPR-PSH**

**GREENE COUNTY, ARKANSAS; STEVE FRANKS, Individually and in his Official Capacity as Sheriff of Greene County, Arkansas; JAMIE FLOYD, Individually and in his Official Capacity as Deputy of Greene County, Arkansas; TURN KEY HEALTH CLINICS, LLC; ANTHONY CARTER, Supervisor, Turn Key Medical, Inc.; BAILEY CROCKER, LPN, Individually and as Employee of Turn Key Health Medical Arkansas, PLLC; BRIANNA FOSTER, Individually and as Employee of Turn Key Health Medical Arkansas, PLLC; and JOHN DOES 1-10** **DEFENDANTS**

ORDER

On August 12, 2026, plaintiff Julian Price, the personal representative of the Estate of Marshall Price, deceased ("Price"), filed the pending motion for extension of time to complete discovery. See

Docket Entry 52. Later that same day, he filed an amended motion for extension of time to complete discovery. See Docket Entry 53. In the latter motion, he asked for extensions of the following deadlines:

> (1) extending the deadline for all discovery, including written and deposition, from September 4, 2026, to October 4, 2026;
>
> (2) extending the motions deadline, except motions in limine, from October 5, 2026, to November 4, 2026; and
>
> (3) extending the deadline for the submission of the parties' status reports from October 5, 2026, to November 4, 2026.

Defendants Turn Key Health Clinics, LLC; Anthony Carter; Brianna Foster; and Bailey Crocker did not oppose the proposed extensions but did oppose any extension that would "require moving the date of [the] trial." See Docket Entry 55 at CM/ECF 1.

Price's first motion for extension of time is denied as moot. See Docket Entry 52. For good cause shown, his amended motion for extension of time is granted. See Docket Entry 53. The Final Scheduling Order entered at the direction of United States District Judge Lee P. Rudofsky, see Docket Entry 46, is amended in the following respects only:

(A) all discovery, including written and deposition, shall be completed no later than October 4, 2026;

(B) all motions, except motions in limine, must be filed on or before November 4, 2026; and

(C) the parties' status reports must be filed with the Clerk of the Court on or before November 4, 2026.

All other terms and conditions of the Final Scheduling Order remain in effect, and the trial in this case remains scheduled for the week of February 2, 2027.

IT IS SO ORDERED this 25th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE