**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JULIAN PRICE,** *personal representative of the Estate of Marshall Price, Deceased* **PLAINTIFF**

**v.** **CASE NO. 3:24-CV-00159 LPR**

**GREENE COUNTY, ARKANSAS;**
**STEVE FRANKS,** *Individually and in His Official Capacity as Sheriff of Greene County, Arkansas;*
**JAMIE FLOYD,** *Individually and in His Official Capacity as Deputy of Greene County, Arkansas;*
**TURN KEY HEALTH CLINICS LLC,** *(originally named as Turnkey Health Medical Arkansas PLLC);*
**ANTHONY CARTER,** *Supervisor, Turnkey Medical Inc;*
**BAILEY CROCKER, LPN,** *Individually and as Employee of Turnkey Health Medical Arkansas PLLC;*
**BRIANNA FOSTER,** *Individually and as Employee of Turnkey Health Medical Arkansas PLLC;*
*and* **JOHN DOES, 1-10;** **DEFENDANTS**

**ORDER**

Pending before the Court is a Joint Motion for Referral for a Magistrate Settlement Conference (Doc. 58). The motion is ***granted***.

Therefore, the matter of a settlement conference in this case is hereby referred to Magistrate Judge Patricia S. Harris for further proceedings. The trial in this matter is currently scheduled for May 5, 2027.

IT IS SO ORDERED this 30th day of September 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE